KNICKERBOCKER TRUST COMPANY et al., as Trustees, Respondents, *v.* O'ROURKE ENGINEERING CONSTRUCTION COMPANY, Appellant.

*Knickerbocker Trust Co.* v. *O'Rourke Engr. Constr. Co.*, 124 App. Div. 210, affirmed.

(Argued June 15, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1908, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in an action to recover upon certain contracts.

*L. Laflin Kellogg* and *Franklin Nevius* for appellant.

*Herbert Barry, Julien T. Davies* and *Julian C. Harrison* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.